UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COURTNEY J. WOODS,

    Plaintiff,

v.       Case No. 8:21-cv-00840-TPB-AAS

ESTES EXPRESS LINES,

    Defendant.

## NOTICE OF MEDIATION

Pursuant to this Uniform Case Management Report (Doc. 12), the Parties have selected Mark A. Hanley, Bradley Arant Boult Cummings LLP, 100 North Tampa Street, Suite 2200, Tampa, FL 33602 as the mediator to conduct mediation in this matter. Plaintiff and Defendant have agreed to the date, time and place as July 29, 2021 at 9:00 a.m. via Zoom.[1]

Respectfully submitted this 4th day of May, 2021.

    /s/ Cathy J. Beveridge
    Cathy J. Beveridge, Lead Counsel
    Florida Bar No: 831018
    cathy.beveridge@bpic.com
    Jarrett B. Davis, Esquire
    Florida Bar No: 1010432
    jarrett.davis@bipc.com
    BUCHANAN INGERSOLL & ROONEY PC
    401 East Jackson Street, Suite 2400
    Tampa, Florida 33602
    Tel: (813) 222-8180
    Fax: (813) 222-8189

---

[1] The Link and Meeting ID will be provided to all counsel via email prior to the scheduled mediation by the Mediator.

>David Terry, Esquire
>BAR #11113
>POYNER SPRUILL LLP
>301 South College Street, Suite 2900
>Charlotte, North Carolina 28202
>Telephone: (704) 342-5272
>Facsimile: (704) 342-5264
>Email: dterry@poynerspruill.com
>
>*Attorneys for Defendant Estes Express Lines*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 4th day of May, 2021 using the CM/ECF filing system which sends notification of such filing, to the following counsel for Plaintiff:

>Jason W. Imler, Esq.
>Gary L. Printy, Jr., Esq.
>PRINTY & PRINTY, P.A.
>3411 W. Fletcher Ave., Suite A
>Tampa, Florida 33618
>Telephone (813) 434-0649
>FAX (813) 423-6543
>jason.imler@printylawfirm.com
>garyjr@printylawfirm.com

>/s/ Cathy J. Beveridge

4815-8775-6263, v. 1

2