UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**COURTNEY J. WOODS,**

    **Plaintiff,**                                 Case No: 8:21-cv-00840

v.

**ESTES EXPRESS LINES,**

    **Defendant.**
_____/

### MEDIATION REPORT

In accordance with the Court's Mediation Order(s), a mediation conference was held on July 29, 2021, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals virtually attended and participated in the mediation conference which was conducted via Zoom and each possessed the requisite settlement authority:

    __X__          Defendant and its counsel were in attendance.

    __X__          Plaintiff and her counsel were in attendance.

    _____         Designated corporate representatives.

    _____         Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:    None

(c)     The outcome of the mediation conference was:

    __X__          **The case completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.**

4817-4047-6660.1

   _____    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this court to resolve:

   _____    <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding judge.  Mediation reports will be filed after additional conferences are complete.

   _____    The parties reached an IMPASSE.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2021, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to the following:

| | |
|---|---|
| Jason William Imler<br>Gary L. Printy, Jr.<br>Printy & Printy, PA<br>3411 W. Fletcher Ave., Suite A<br>Tampa, FL  33618 | Cathy J. Beveridge<br>Jarrett B. Davis<br>Buchanan Ingersoll & Rooney, PC<br>401 E. Jackson Street, Suite 2400<br>Tampa, FL  33602<br><br>David L. Terry<br>Poyner Spruill, LLP<br>301 S. College Street, Suite 2300<br>Charlotte, NC  28202 |

 

          <u>/s/ Mark A. Hanley</u>
          Mark A. Hanley
          Email: mhanley@bradley.com
          Florida Bar No.: 328405
          **BRADLEY ARANT BOULT CUMMINGS LLP**
          100 N. Tampa Street, Suite 2200
          Tampa, Florida 33602
          (813) 559-5500 - telephone
          (813) 229-5946 - facsimile
          *Mediator*